UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Joe Ellen Walker<br>822 Tennille Harrison Rd<br>Harrison, GA  31035 | **CHAPTER 13**<br><br>**Case Number:** 11-53836-AEC<br><br>**ATTORNEY:**  ARTHUR L. WALKER & ASSOCIATES LLC |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $208.55 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

NORTHSTAR CAPITAL ACQUSITION
170 NORTHPOINTE PWKY, STE 300
AMHERST, NY 14228


**DATED:** August 20, 2015

/s/ Camille Hope
_____

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**